IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

      Plaintiff,                      No. CIV S-06-1407 GEB KJM P

    vs.

DR. WENDELL, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 16, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 9, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: February 23, 2007.

                                                U.S. MAGISTRATE JUDGE

1/mp
swea1407.36