1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DWAYNE SWEARINGTON,

11            Plaintiff,                    No. CIV S-06-1407 GEB KJM P

12        vs.

13   DR. WENDELL, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18            On October 23, 2007, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant Williams was returned unserved.

20   Plaintiff must provide additional information to serve defendant Williams including his first

21   name.  Plaintiff shall promptly seek such information through discovery, the California Public

22   Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access

23   to the required information is denied or unreasonably delayed, plaintiff may seek judicial

24   intervention.

25   /////

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send to plaintiff a USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 25, 2007; and

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

a.  One completed USM-285 form; and

b.  Two copies of the endorsed amended complaint filed April 25, 2007; or show good cause why he cannot provide such information.

DATED:  May 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1
swea1407.8e

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DWAYNE SWEARINGTON,

11            Plaintiff,                    No. CIV-S-06-1407 GEB KJM P

12        vs.

13   DR. WENDELL, et al.,                   NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____          completed USM-285 forms

19            _____          copies of the Amended Complaint
     DATED:

20

21

22                                          _____
                                            Plaintiff

23

24

25

26