IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

      Plaintiff,                  No. CIV S-06-1407 GEB KJM P

    vs.

DR. WENDELL, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Defendants Wedell, Duc and Duru (defendants) have filed a "motion for a more definite statement" under Federal Rule of Civil Procedure 12(e). In their motion, defendants make two requests.

        First, defendants ask that the court order plaintiff to provide more information so they can identify defendant Williams. On April 15, 2008, process directed to defendant Williams was returned unserved. In a separate order, the court will order plaintiff to provide more information to the court so that process may be served upon defendant Williams. This moots defendants' request.

        Defendants also ask that plaintiff be ordered to serve defendants with "exhibits a through x" referenced in plaintiff's amended complaint. Those exhibits are not attached to the

1

amended complaint the court ordered served upon defendants and therefore are not part of the amended complaint.  The court has already determined that the amended complaint states a claim upon which relief can be granted against defendants, <u>see</u> October 23, 2007Order, and defendants must respond to the amended complaint as it is.  To the extent defendants seek documents referenced in the amended complaint, they of course may do so through discovery.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants Wedell, Duc and Duru's  motion for a more definite statement (#18) is denied; and

2. Defendants Wedell, Duc and Duru shall file their response to plaintiff's amended complaint within twenty days.

DATED:  May 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1
swea1407.mds