IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

      Plaintiff,                    No. CIV S-06-1407 GEB KJM P

     vs.

DR. WEDELL, et al.,

      Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

/

        On July 15, 2008 the court ordered the U.S. Marshal to serve process on defendant R. Williams. Process was returned unserved. For the second time, the information provided by plaintiff has not enabled the Marshal to serve process. Because it appears that defendant R. Williams cannot be served, the court will recommend that he be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that defendant R. Williams be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1

shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 29, 2009.

                                                                                      _____
U.S. MAGISTRATE JUDGE

1
swea1407.dis