IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

    Plaintiff,                   No. CIV S-06-1407 GEB KJM P

    vs.

DR. WEDELL, et al.,

    Defendants.           ORDER

_____/

        Plaintiff requests that the court extend the deadline for discovery by ninety days. Defendants are directed to inform the court of their position with respect to plaintiff's request within fourteen days of the filed date of this order.

DATED: August 25, 2009.

                                                U.S. MAGISTRATE JUDGE

1
swea1407.31

1