IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

      Plaintiff,                          No. CIV S-06-1407 GEB KJM P

    vs.

DR. WEDELL, et al.,

      Defendants.                  <u>ORDER</u>

_____/

        Plaintiff requests that the court extend the deadline for discovery by ninety days. Defendants have indicated that they do not oppose plaintiff's request. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties may conduct discovery until November 21, 2009. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than forty-five days prior to that date.

        2. All pretrial motions, except motions to compel discovery, shall be filed on or before January 16, 2010.

        3. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before April 15, 2010. Defendants shall file their pretrial statement on or before April 29, 2010.

1        4. The pretrial conference and trial dates established in the court's April 30, 2009
2  order are vacated and will be reset, if necessary, after the resolution of any dispositive motions
3  and after the parties submit pretrial statements.
4  DATED: September 1, 2009.

                                                               _____
                                                               U.S. MAGISTRATE JUDGE

1
swea1407.31(a)