IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

    Plaintiff,               No. CIV-S-06-1407 GEB KJM P

   vs.

DR. WEDELL, et al.,

    Defendants.          <u>ORDER</u>

                          /

        On January 19, 2010, defendants Wedell, Duc and Duru filed a motion for summary judgement. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

DATED: February 25, 2010.

                                                     U.S. MAGISTRATE JUDGE

1
swea1407.46