1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DWAYNE SWEARINGTON,

11             Plaintiff,              No. CIV-S-06-1407 GEB KJM P

12        vs.

13   DR. WEDELL, et al.,

14             Defendants.             ORDER

15   _____/

16             On January 19, 2010, defendants Wedell, Duc and Duru filed a motion for

17   summary judgement.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS

18   HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an

19   opposition to the motion for summary judgment or a statement of non-opposition.  Failure to

20   comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil

21   Procedure 41(b).

22   DATED:  February 25, 2010.

23                                    _____

24                                    U.S. MAGISTRATE JUDGE

25   1
     swea1407.46

26

                                    1