IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

      Plaintiff,                    No. CIV-S-06-1407 GEB KJM P

   vs.

DR. WEDELL, et al.,

      Defendants.          ORDER

_____/

      Plaintiff has requested an extension of time to file an opposition to the motion for summary judgment filed on January 19, 2010.  Good cause appearing, plaintiff will be given a thirty day extension to file his opposition.

      In addition, plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

1

Finally, plaintiff asks that the court order defendants Wedell, Duc and Duru to amend their motion for summary judgment because it is "incomplete." This is not a valid request and will be denied. Whatever concerns plaintiff has with the motion for summary judgment that are relevant to resolution of the motion should be expressed in his opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 17, 2010 request for an extension of time is granted;

2. Plaintiff is granted thirty days to file his opposition to the motion for summary judgment filed January 19, 2010;

3. Plaintiff's March 17, 2010 request for the appointment of counsel is denied; and

4. Plaintiff's March 17, 2010 request that the court order defendants Wedell, Duc and Duru to file an amended motion for summary judgment is denied.

DATED: March 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1
swea1407.36.31

2