IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

     Plaintiff,                   No. CIV S-06-1407 GEB KJM P

   vs.

DR. WEDELL, et al.,

     Defendants.          ORDER

_____/

        On March 19, 2010, plaintiff filed a "motion to correct errors in amended complaint." In the document, plaintiff identifies two proposed amendments to the pending complaint. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading and plaintiff has not submitted a complete proposed amended complaint. Therefore, IT IS HEREBY ORDERED that plaintiff's "motion to correct errors in amended complaint" (#72) is denied without prejudice to refiling within thirty days with a proposed amended complaint.

DATED: April 2, 2010.

_____
U.S. MAGISTRATE JUDGE

1/swea1407.10-