IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

      Plaintiff,                  No. CIV S-06-1407 GEB KJM P

     vs.

DR. WEDELL, et al.,

      Defendant.               ORDER

                                   /

          Plaintiff has filed a motion for leave to file a second amended complaint along with a copy of the proposed second amended complaint. If defendants wish to oppose the motion, they shall file their opposition within fourteen days.

DATED: May 6, 2010.

                                              U.S. MAGISTRATE JUDGE

1
swea1407.mta