IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE SWEARINGTON,

    Plaintiff,                                No. CIV S-06-1407 GEB EFB (TEMP) P

    vs.

DR. WEDELL, et al.,

    Defendants.                     <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that plaintiff file his pretrial statement within thirty days of this order. Plaintiff's failure to file his pretrial statement will result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Defendants Duc and Duru shall file their pretrial statement within fourteen days of service of plaintiff's.

DATED: January 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE